In the Matter of the Claim of KATHLEEN PETERSEN, Appellant, v. ASSOCIATED UNIVERSITIES, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— GABRIELLI, J.

Gibson, P. J.,
Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by
Gabrielli, J.